## JONES v HARMON et

Ohio Supreme Court
No 22155.  Decided May 14, 1930

Marshall, CJ., Kinkade, Robinson and Matthias, JJ., concur. Jones and Day, JJ., concur in the syllabus but not in the judgment, since they do not agree with the law pronounced in **Heidle v. Baldwin, 118 Ohio St., 375.**